IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01642-WJM-KLM

LATONYA DENISE DAVIS,

    Plaintiff,

v.

TODD CLIFFORD, Lakewood Police Officer,
TODD FAHLSING, Lakewood Police Sergeant,
MICHELE WAGNER, Lakewood Police Sergeant,
MICHELLE CURRANT, Lakewood Police Sergeant, and
CITY OF LAKEWOOD, jointly and severally,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendants' **Unopposed Motion to Modify the Civil Scheduling Order Regarding Discovery Deadlines of Defendants Clifford, Fahlsing, Wagner, the City of Lakewood, and Current** [sic] [#40] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#40] is **GRANTED**.  The Scheduling Order entered on September 17, 2013 [#36] is modified to extend the following deadlines:

- Affirmative Expert Disclosure Deadline — **March 26, 2013**
- Deadline to Serve Written Discovery Requests — **April 11, 2014**
- Rebuttal Expert Disclosure Deadline — **April 23, 2014**
- Discovery Deadline — **May 12, 2014**
- Dispositive Motions Deadline — **June 26, 2014**

    Dated:  January 21, 2014