IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01642-WJM-KLM

LATONYA DENISE DAVIS,

    Plaintiff,

v.

TODD CLIFFORD, Lakewood Police Officer,
TODD FAHLSING, Lakewood Police Sergeant,
MICHELE WAGNER, Lakewood Police Sergeant,
MICHELLE CURRANT, Lakewood Police Sergeant, and
CITY OF LAKEWOOD, jointly and severally,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Unopposed Motion to Modify the Scheduling Order Deadlines** [#73] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#73] is **GRANTED**. The Scheduling Order [#36] is amended to extend the following deadlines:

- Plaintiff's Responses to Defendants' Discovery Requests   **July 30, 2014**
- Rebuttal Expert Disclosure Deadline   **August 1, 2014**
- Discovery Deadline   **September 12, 2014**
- Dispositive Motions Deadline   **October 14, 2014**

**No further extensions of time will be granted absent extraordinary circumstances**.

    IT IS FURTHER **ORDERED** that the Final Pretrial Conference set for July 17, 2014 at 10:00 a.m. is **VACATED** and **RESET** to **November 4, 2014** at **10:00 a.m.** in Courtroom C-204, Second Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

    IT IS FURTHER **ORDERED** that the proposed pretrial order shall be submitted on or before **October 28, 2014**. The proposed pretrial order to be submitted to the Magistrate Judge under the ECF Procedures may be submitted in WordPerfect or pdf format and shall be emailed to the Magistrate Judge at *Mix_Chambers@cod.uscourts.gov*.

    Dated: July 8, 2014