IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01642-WJM-KLM

LATONYA DENISE DAVIS,

    Plaintiff,

v.

TODD CLIFFORD, Lakewood Police Officer,
TODD FAHLSING, Lakewood Police Sergeant,
MICHELE WAGNER, Lakewood Police Sergeant,
MICHELLE CURRANT, Lakewood Police Sergeant, and
CITY OF LAKEWOOD, jointly and severally,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendants' **Unopposed Motion to Stay All Proceedings, Pending Resolution of Motions for Summary Judgment** [#94] (the "Motion"). Plaintiff proceeds in this litigation as a pro se litigant. Discovery is now closed, and the dispositive motions deadline has passed. Defendants seek a stay of all proceedings in this matter until the pending Motions for Summary Judgment [#90, #92] are resolved.[1] However, all that Defendants appear to actually seek is a continuance of the Final Pretrial Conference until such time as it is clear that one will be necessary. Accordingly,

    IT IS HEREBY **ORDERED** that the Motion [#94] is **DENIED** to the extent that Defendants seek entry of a stay. However,

    IT IS FURTHER **ORDERED** that the Final Pretrial Conference set for November 4, 2014 at 10:00 a.m. is **VACATED**. It shall be reset, if necessary, after resolution of the Motions for Summary Judgment [#90, #92].

    Dated: October 16, 2014

---

[1] These two motions have been referred to the undersigned for recommendation. *See* [#91, #93].