**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 13-cv-01642-WJM-KLM

LATONYA DENISE DAVIS,

    Plaintiff,

v.

TODD CLIFFORD, Lakewood Police Officer,
TODD FAHLSING, Lakewood Police Sergeant,
MICHELE WAGNER, Lakewood Police Sergeant,
MICHELLE CURRENT, Lakewood Police Sergeant, and
CITY OF LAKEWOOD, jointly and severally,

    Defendants.

---

## FINAL JUDGMENT

---

Pursuant to and in accordance with Fed. R. Civ. P. 58(a), all Orders entered during the pendency of this case, and the Order Adopting July 23, 2015 Recommendation of Magistrate Judge and Granting Defendants' Motions for Summary Judgment, entered by the Honorable William J. Martínez, United States District Judge, on August 31, 2015, it is

ORDERED that the Recommendation of the United State Magistrate Judge (ECF No. 109) is ADOPTED in its entirety. It is

FURTHER ORDERED that the Motion for Summary Judgment of Defendants Clifford, Fahlsing, Wagner, and the City of Lakewood (ECF No. 90) is GRANTED. It is

FURTHER ORDERED that Defendant Michelle Current's Motion for Summary Judgment (ECF No. 92) is GRANTED. It is

FURTHER ORDERED that Plaintiff Latonya Denise Davis' claims against all Defendants are DISMISSED WITH PREJUDICE. It is

FURTHER ORDERED that Final Judgment is entered in favor of the Defendants and against the Plaintiff, and the action and complaint are dismissed. The parties shall bear their own costs.

Dated at Denver, Colorado this 31st day of August, 2015.

                                          BY THE COURT:
                                          JEFFREY P. COLWELL, CLERK

                                          By:   s/Deborah Hansen
                                          Deborah Hansen, Deputy Clerk