IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kristen L. Mix

| | |
|---|---|
| Civil Action No.: 13-cv-01642-WJM-KLM | FTR - Reporter Deck - Courtroom A401 |
| Date: December 19, 2016 | Courtroom Deputy, Laura Galera |

| | |
|---|---|
| LATONYA DENISE DAVIS, | Lauren Carboni |
| | Lino Lipinsky de Orlov |
| Plaintiff, | |
| v. | |
| TODD CLIFFORD, and | Matthew Hegarty |
| TODD FAHLSING, | Thomas Lyons |
| Defendants. | |

**COURTROOM MINUTES / MINUTE ORDER**

**STATUS CONFERENCE**
**Court in session:   2:00 p.m.**
Court calls case.  Appearance of counsel.

Counsel for the plaintiff addresses the Court and requests thirty days to obtain and review the file and determine the need for any additional discovery.

Defense counsel addresses the Court regarding the discovery that has already taken place.

**ORDERED:** Status Conference set **February 13, 2017 at 10:00 a.m.**  Counsel are ordered to appear in person at this proceeding.  On or before **February 6, 2017,** Plaintiff shall forward to defense counsel either by email or letter a notice regarding Plaintiff's position as to her need for additional discovery, the types and amounts of discovery needed and a proposed timeline for the discovery to be completed.

HEARING CONCLUDED.
**Court in recess:    2:20 p.m.**
Total In-Court Time:    00:20

To order a transcript of this proceeding, contact Avery Woods Reporting at (303) 825-6119.