## MINUTE ENTRY FOR SETTLEMENT

TO: Docketing

FROM: Magistrate Judge Kristen L. Mix

DATE: January 18, 2018
13-cv-01642-WJM-KLM
<u>LATONYA DENISE DAVIS. v. TODD CLIFFORD, ET AL.</u>

_____ A settlement conference was held on _____ and no settlement was reached as to any claims in this action.

_____ Another Settlement Conference set for _____.

Updated Confidential Settlement Statements are due on or before _____.

☐ in accordance with the Court's Instructions

✓ A settlement conference was held on this date, and a settlement was reached as to

✓ All claims in this action. The parties shall file a stipulated motion to dismiss on or before _____ February 28, 2018 _____.

_____ Claims between _____ and _____. These parties shall file a stipulated motion to dismiss on or before _____.

Settlement conference and preparation time involved: _5_ hours _30_ minutes.

✓ A record was made         _____ No record was made

* * * * * * * * * * * * * * * *

_____ Supplemental settlement negotiations were held in the above-captioned case.

Negotiation time involved: _____hours _____minutes