IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Civil Action No. 13-cv-1642-WJM-KLM

LATONYA DENISE DAVIS,

    Plaintiff,

v.

CITY OF LAKEWOOD,

    Defendants.

## ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE

This matter comes before the Court on the Parties' Joint Motion to Dismiss with Prejudice, filed April 30, 2018 (ECF No. 162). The Court having reviewed the Motion and being fully advised hereby ORDERS as follows:

The Parties' Stipulated Motion to Dismiss is GRANTED. Pursuant to Rule 41(a)(1)(A)(ii), F.R.C.P., the above-captioned action is hereby DISMISSED WITH PREJUDICE. Each party shall pay her or its own attorney's fees and costs.

Dated this 30th day of April, 2018.

BY THE COURT:

_____
William J. Martínez
United States District Judge