IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01642-WJM-KLM

**LATONYA DENISE DAVIS**,

    Plaintiff,

v.

**LAKEWOOD POLICE OFFICER TODD CLIFFORD,
LAKEWOOD POLICE SERGEANT TODD FAHLSING,
LAKEWOOD POLICE SERGEANT MICHELE WAGNER,
LAKEWOOD POLICE SERGEANT MICHELLE CURRANT,
CITY OF LAKEWOOD, Jointly and Severally,**

    Defendants.

_____

## RELEASE OF ATTORNEY LIEN
_____

TO ALL WHOM IT MAY CONCERN:

    For good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the undersigned Attorney hereby waives, discharges, and releases any and all liens, claims, and rights to liens against the above-mentioned case, and any and all other property owned by or the title to which is in the name of the above-referenced Case

    The undersigned further hereby acknowledges that the entire unpaid balance due the undersigned in connection with the above-captioned case whether under said contract or otherwise and that the payment of said sum to the Attorney will constitute payment in full and will fully satisfy any and all liens, claims, and demands which the Attorney may have or assert against the Party in connection with the above captioned case.

    This release is for Douglas Romero Attorney at Law, LLC and as The Law Office

of Douglas L. Romero, LLC.

Dated this 14th day of August, 2018.

                                    Respectfully submitted,

                                    BY:   s/ Mark E. Scabavea
                                    Mark E. Scabavea
                                    Missouri Bar # 61533
                                    LAW OFFICE OF DOUGLAS L. ROMERO LLC
                                    200 S. Sheridan Blvd., Ste 150
                                    Denver, Colorado 80226
                                    markscabavea@icloud.com
                                    Office:   (303) 934-7500
                                    Fax:   (303) 934-0300